UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOE M. AL-DOLEMY,

    Plaintiff,

v.

Civil Case No. 21-10809
Honorable Linda V. Parker

SAMER KATO, JOHN DOE 1,
JOHN DOE 2, and
FBI DETROIT FIELD OFFICE,

    Defendants.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S SEPTEMBER 29, 2022 REPORT AND RECOMMENDATION AND GRANTING DEFENDANT FBI DETROIT FIELD OFFICE'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff commenced this lawsuit against Defendants on April 6, 2021. The Court summarily dismissed Plaintiff's claims against Defendants Samer Kato and John Does 1 and 2 on January 12, 2022. (ECF No. 27.) Defendant FBI Detroit Field Office ("FBI") filed a motion for summary judgment on May 27, 2022. (ECF No. 33.) The matter has been assigned to Magistrate Judge Jonathan J.C. Grey for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 6.)

On September 29, 2022, Magistrate Judge Grey issued a report and recommendation ("R&R") recommending that the Court grant the FBI's summary judgment motion. (ECF No. 38.) At the conclusion of the R&R, Magistrate Judge Grey advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id.* at Pg ID 274.) Magistrate Judge Grey further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grey. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 33) is **GRANTED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: December 2, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 2, 2022, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan<br>
Case Manager